# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

IN RE:  
Dirk E Shores  
Lisa M Shores

CASE NO. 17-50329-KKS

CHAPTER 7

       Debtor(s)  
_____/

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on 2/14/2023. If checks are not cashed within 90 days by the creditors, all remaining funds will be deposited into the registry of the Court pursuant to F.R.B.P. 3009.

Dated:  February 14, 2023           /s/ Mary W. Colón  
                                                           Mary W. Colón  
                                                           Chapter 7 Trustee  
                                                           PO Box 14596  
                                                          Tallahassee, FL 32317  
                                                          (850) 241-0144  
                                                          trustee@marycolon.com

## TRUSTEE'S FINAL DIVIDENDS

| | | |
|---|---|---:|
| BALANCE ON HAND | $ | 35,362.82 |

| CHAPTER 7 ADMINISTRATIVE EXPENSES §507(a)(1): | | Dividend |
|---|---|---:|
| Mary W. Colón, Trustee Compensation | $ | 4,300.00 |
| Mary W. Colón, Trustee Expenses | $ | 960.71 |
| Thomson Brock Luger & Company, Accountant for Trustee Fees (Other Firm) | $ | 1,025.00 |
| Thomson Brock Luger & Company, Accountant for Trustee Expenses (Other Firm) | $ | 70.00 |
| REMAINIG BALANCE ON HAND | $ | 29,007.11 |

| CHAPTER 11 ADMINISTRATIVE EXPENSES §507(a)(1): | | Dividend |
|---|---|---:|
| REMAINIG BALANCE ON HAND | $ | 29,007.11 |

CLAIMS OF GOVERNMENTAL UNITS:  Dividend 47.80%

| Claim # | Creditor | Allowed | Dividend |
|---|---|---:|---:|
| 1 | Internal Revenue Centralized Insolvency | $ 808.07 | $ 386.25 |

GENERAL UNSECURED § 726(A)(2):  Dividend 49.14%

| Claim # | Creditor | Allowed | Dividend |
|---|---|---:|---:|
| 2 | Tyndall Federal Credit Union | $ 15,157.54 | $ 7,447.93 |
| 3 | Jackson County Teachers Credit Union | $ 2,280.82 | $ 1,120.72 |
| 5 | Jackson County Teachers Credit Union | $ 32,826.12 | $ 16,129.70 |
| 7 | MIDLAND FUNDING LLC | $ 399.77 | $ 196.43 |
| 9 | American Express Bank, FSB | $ 1,011.87 | $ 497.20 |
| 10 | Quantum3 Group LLC as agent for | $ 427.82 | $ 210.22 |
| 11 | Ashley Funding Services, LLC its successors and | $ 2,033.00 | $ 998.95 |
| 12 | Ashley Funding Services, LLC its successors and | $ 1,613.00 | $ 792.58 |
| 14 | TD Bank USA, N.A. | $ 741.45 | $ 364.32 |

| 15 | Sallie Mae | $ | 1,755.93 | $ | 862.81 |

| REMAINING BALANCE ON HAND | | | | $ | 0.00 |